**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:97cr160**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ANGELA JAMES.** ) | |

**THIS MATTER** is before the Court on the Defendant's letter asking that a motion for a sentence reduction pursuant to the Crack Cocaine Guideline Amendment be filed on her behalf.

On February 26, 2008, the Defendant filed a motion for a sentence reduction based on the Crack Cocaine Guideline Amendment. [Doc. 80]. On August 27, 2008, an attorney was appointed to represent the Defendant and on September 22, 2008, that attorney filed a second motion to reduce her sentence. [Doc. 83]. On October 23, 2008, the Defendant's motions were granted and her sentence was reduced to 180 months imprisonment. [Doc. 90].

It is possible that the Defendant did not receive a copy of this Order although she remains incarcerated at the same facility. Out of an abundance of caution, the Clerk of Court will be instructed to serve that Order again.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter asking that a motion for a sentence reduction pursuant to the Crack Cocaine Guideline Amendment be filed on her behalf shall be scanned into the record and docketed as motion for a sentence reduction.

**IT IS FURTHER ORDERED** that as so construed, the Defendant's motion is hereby **DENIED**.

The Clerk of Court is requested to mail a copy of Document 90 along with this Order to the Defendant.

Signed: October 14, 2009

Martin Reidinger
United States District Judge